FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV - 7 2018

JAMES W. McCORMACK, CLERK
By:_____
                          DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 4:18CR 00608 KGB |
| vs. ) | |
| ) | 18 U.S.C. § 1038(a)(1)(a) |
| HENRY EDWARD GOODLOE ) | 18 U.S.C. § 876(c) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about August 11, 2018, in the Eastern District of Arkansas, defendant,

HENRY EDWARD GOODLOE,

did intentionally convey false or misleading information, in that he mailed a letter addressed to United States Senator Tom Cotton in Washington, D.C., which contained a white, powdery substance under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, and will take place that would constitute a violation of Chapter 10 of Title 18 of the United States Code, that is, Title 18, United States Code, Section 175, relating to biological weapons.

All in violation of Title 18, United States Code, Section 1038(a)(1).

### COUNT TWO

On or about August 11, 2018, in the Eastern District of Arkansas, defendant,

HENRY EDWARD GOODLOE,

knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and

delivered by the Postal Service a communication containing a threat to injure the addressee or another person addressed to Senator Tom Cotton, 124 Russell, Senate Office Building, Washington, D.C. 20510, an official who is covered by 18 U.S.C. § 1114.

All in violation of Title 18, United States Code, Section 876.

[End of Text.   Signature page attached.]